DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO B. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-mj-00224 SMS |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO MODIFY TERMS OF PROBATION; AND ORDER THEREON |
| v. | ) | |
| FRANCISCO B. MARTINEZ, | ) | |
| Defendant. | ) | |

On January 3, 2008, defendant, Francisco B. Martinez, appeared for sentencing before this court. Judgment issued by the Honorable Dennis L. Beck and entered January 14, 2008. Amongst other provisions of the Judgment defendant, under No. 1 of Special Conditions of Supervision, was ordered to participate in a First Time Alcohol treatment program.

THE PARTIES HEREBY STIPULATE that the Judgment may be amended to specify that Special Condition Supervision No. 1 will be, "That defendant shall participate in a DUI Level One treatment program...."

The parties agree this course is best suited for this defendant's rehabilitation.

///

///

///

1  All other terms and conditions of unsupervised probation, monetary penalties and unpaid
2  community service previously imposed shall remain the same.

McGREGOR W. SCOTT
United States Attorney

DATED: May 29, 2008         By  /s/  Mark J. McKeon
                                MARK J. McKEON
                                Assistant United States Attorney
                                Counsel for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 29, 2008         By  /s/ Douglas Beevers
                                DOUGLAS BEEVERS
                                Assistant Federal Defender
                                Counsel for Defendant
                                Francisco B. Martinez

## ORDER

**IT IS SO ORDERED**.  The Judgment imposed January 3, 2008, and entered January 14, 2008, is hereby modified, under Special Condition Supervision No. 1, to be that defendant shall participate in a DUI Level One treatment program.  All remaining terms and conditions of the said Judgment shall remain in full force and effect pending further order of the court.

IT IS SO ORDERED.

Dated:   **May 29, 2008**                /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE